```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

JOHN ALAN ELLIS                                                     PLAINTIFF

        v.          Civil No. 11-5146

DEPUTY MICHAEL EUGENE CHAMBERS;
DEPUTEY MICHAEL SCOTT McCRANIE; and
DEPUTY JUSTIN ROBERT CRANE                                         DEFENDANTS

## O R D E R

Now on this 27th day of June, 2012, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #38), filed on May 25, 2012, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #38) is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the defendants' **Motion for Partial Summary Judgment** (document #32) is hereby **granted**, and this case is **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                  **JIMM LARRY HENDREN**
                                  **UNITED STATES DISTRICT JUDGE**